PANISH SHEA & BOYLE, LLP
PETER KAUFMAN, State Bar No. 269297
*pkaufman@psblaw.com*
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California  90025
Telephone: 310.477.1700
Facsimile: 310.477.1699

Attorneys for PLAINTIFF

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NATHAN SUTTON, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, <br><br> Plaintiff, <br><br> v. <br><br> CHEVRON U.S.A. INC., S & S OIL, INC., DOES 1 to 10, Inclusive <br><br> Defendant. | Case No:  CV 11-09968 RGK (JEMx) <br><br> **NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

---

1

[PROPOSED] ORDER REGARDING STIPULATION OF DISMISSAL WITHOUT PREJUDICE  PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE

1  Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff hereby dismisses
2  the above-captioned matter in its entirety.
3  Pursuant to California Rules of Court Rule 3.770(a), no consideration was
4  paid to any Plaintiff or Plaintiff's counsel, directly or indirectly, in consideration for
5  dismissing this action without prejudice.

7  DATED: May 31, 2012        PANISH SHEA & BOYLE LLP

By: _____
Peter Kaufman
Attorneys for PLAINTIFF

PANISH SHEA & BOYLE LLP
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025
310.477.1700 phone • 310.477.1699 fax

2
[PROPOSED] ORDER REGARDING STIPULATION OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE