JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NATHAN SUTTON, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>           Plaintiff,<br><br>      v.<br><br>CHEVRON U.S.A. INC., S & S OIL, INC., DOES 1 to 10, Inclusive<br><br>           Defendant. | Case No: CV 11-09968 RGK (JEMx)<br><br>[~~PROPOSED~~] ORDER RE: DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a) |

**IT IS HEREBY ORDERED THAT**, the above-entitled case is dismissed without prejudice pursuant to Federal Rules of civil Procedure Section 41 (a).

**IT IS SO ORDERED.**

DATED: June 04, 2012        By: *Gary Klausner*
                                                R. GARY KLAUSNER
                                                United States District Judge

---

1
[PROPOSED] ORDER RE: DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)